CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MICHAEL WILSON, | : | **Hon. Renée Marie Bumb** |
| Petitioner, | : | Civil Action No. 09-0371 (RMB) |
| v. | : |  |
| MONTGOMERY COUNTY, PA., | : | <u>ORDER</u> |
| Respondent. | : |  |

For the reasons set forth in the Opinion filed herewith,

IT IS on this **12th** day of **May** 2009,

**ORDERED** that the Petition for a Writ of Habeas Corpus is **DISMISSED** for lack of jurisdiction; and it is further

**ORDERED** that a certificate of appealability is **DENIED**, <u>see</u> 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail, and shall close the file.

<u>s/Renée Marie Bumb</u>
**RENÉE MARIE BUMB**
**United States District Judge**